UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14063-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YUBRAN ALVAREZ VASQUEZ,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/Panayotta Augustin-Birch
Panayotta Augustin-Birch
Assistant Federal Public Defender
Florida Bar No. 359970
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
Fax: 772-489-3997
E-Mail: panayotta_augustin-birch@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By:  s/*Panayotta Augustin-Birch*, AFPD
                                                        Panayotta Augustin-Birch

**SERVICE LIST**

UNITED STATES v. YUBRAN ALVAREZ VASQUEZ
Case No. 13-14063-CR-MARTINEZ/LYNCH
United States District Court, Southern District of Florida

**Panayotta Augustin-Birch**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Email: panayotta_augustin-birch@fd.org
Notices of Electronic Filing

**Russell R. Killinger**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-595-3606
Email: russell.killinger@usdoj.gov
Notices of Electronic Filing