# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

*\*\*No Interpreter Req'd\*\**

**DEFT:** YUBRAN ALVAREZ VASQUEZ   (J)   **CASE NO:** 13-14063-CR-MARTINEZ

**AUSA:** Russell Killinger *present*   **ATTORNEY:** AFPD Panayotta Augustin-Birch *present*

**AGENT:** Scott Perala/Sean Dhillon, ATF   **VIOL:** 18:1951(a) and 18:924(c)(1)(A)(ii)&(iii)

**PROCEEDING:** Detention Hearing   **BOND REC:** PTD   **SET:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with court appointed counsel, AFPD Panayotta Augustin-Birch*

*Detention Hearing held:*

*-Court accepts Government's motion for detention (D.E. #15) as written proffer for detention*

*-Detective Chris Shephard, Brevard County Sheriff's Office sworn and testimony taken by Defense counsel*

*-Defense counsel waives examination of S/A Scott Perala, ATF (Tampa Division) and Detective John Clark from the Indian River County Sheriff's Office*

*Court orders Defendant pretrial detained as risk of flight and danger to community (written order to follow)*

**DISPOSITION:** PTDheld

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGNMENT SET:**

**STATUS CONFERENCE SET:**

DATE: 12/27/2013   START TIME: 9:30 A.M.   Time in Court: 20 Minutes   (DAR: 09.29.50)