Idolka Alvarez-Villavaso
~~[redacted]~~
~~[redacted]~~

August 8, 2014

To Whom It May Concern,

    I am writing this letter in hopes of introducing you to a Yubran Alvarez worthy of a second chance. My nephew to me has a always been a kid hopeful of a better life. Someone if shown the way willing to take the right path.

    My brother Walter Alvarez has tried his hardest to provide with the guidance to do the right thing. It is hard however to fight against a mother and siblings who have chosen a different path. Not wanting to prohibit his son from visiting his mother my brother allowed what he thought would be an innocent and loving relationship to start between them. This years after he knew the only way to shelter his son was to move hundreds of miles from his ex-wife.

Needless to say it could not have been the worst mistake. She was by no means interested in him if not to guide him wrong.

I only remember the child who at eight years old moved to New Orleans with big hopes. He wanted to make better grades, play with his cousins and live a peaceful life. I will do anything I can to help him if he is given an oppurtunity to be forgiven for things he has done. He is still very young and I hope rehabilitation is still an option.

I see my own children just starting their adult lives, graduating from college and pursuing careers and they still need so much guidance, Gubran overall needs the same. Please hear my plea for leniency. I don't ask that he not be made responsible for his actions but that his life also not be wasted. Thank you for your time and consideration.

Monday, August 25, 2014

Walter Alvarez


To Whom It May Concern:

I am the father of Yubran M. Alvarez-Vazquez. It has been a hard adjustment in my life dealing with my son being in jail. He was doing the wrong things and trying to fit in. I always told him to distance himself from his half-brothers, on his mother's side, because they were always in and out of jail since they were all juveniles. This includes his mother as well, Maria J. Vazquez-Korollocke. They were always involved in drugs, stealing, fighting, and etc. All of these acts were introduced to the kids by their mother.

From this letter, I would like to say, during the time Yubran was living with me, my current wife, mother in law, and young daughter, he was doing pretty well. We always made him follow our rules and understand them for the best of his future. He was insubordinate, but I was on top of him no matter what. Like it or not, I made him follow our rules and when he didn't want to, we asked for the help of the Juvenile Court System. Just before his 17th Birthday, a petition was filed with the court system on behalf of his High School Counselor. We followed through until his 18th Birthday.

Our main problem with Yubran was he wanted to come and go as he pleased no matter what time. Unfortunately, living in Jefferson Parish, the law states that we are not able to force a child at the age of 17 to sleep at home. We found this absurd, which in fact, the Juvenile Court did make stipulations as to a daily curfew, which he didn't always follow. It was difficult on our entire family.

My plea to you is help my son be a better person. He has made many mistakes, which is normal, but unfortunately, some mistakes bear a big cost. I have done my best to guide my son in the right path. I can't say how many times, I repeated myself over and over again. It has been really hard, but now it has gotten harder than ever. It hurts me deep to see my son in jail. I hope he can continue his education and get his GED and have an opportunity to gain a career while inside. I would like to see him become a productible person in society once he is released.

I know he deserves to be punished for what he has done. I just feel it is such a long time. He needs to be responsible for his children. I pray he can get parole after so much time served, so he can be a parent to his children and teach them to not make the same mistakes.

Thank you for reading this letter and hope you understand. Please take into consideration my plea to you. My son's future is in your hands.

Thank you and God Bless You.

Sincerely,

Walter Alvarez

Monday, August 25, 2014

To Whom It May Concern:

My name is Rubie C. Davila. I'm Yubran's step grandmother. I don't think prison is to the best interest of Yubran. Yes he got in trouble following the wrong crowd. He is intelligent, and with the proper guidance, education, and being responsible for his actions, he can be a leader in the right way of life. With God's help, he will be an outstanding individual.

Sincerely,

Rubie C. Davila

To whom it may concern:

My name is Sonia Davila and I am Yubran's godmother. I am writing this letter today to voice my honest opinion on Yubran and what I think is best for him in the situation at hand. Deep down I know Yubran is not a bad person. Years ago Yubran was at a point in his life where he thought he was grown and believed he was a man. However, he didn't know what it took to be a responsible. I feel that Yubran followed the wrong crowd and wanted to fit in, so he did what everyone was doing. When he left New Orleans I felt that Yubran wanted to do what was right and when he hit a bump in the road, he looked for the easy way out, which in the end got him in prison. Today, I feel with the right resources Yubran can be saved and be a productive citizen, but first he needs to get an education.  If he can discipline himself with just this I believe the rest can fall in place. He needs guidance and support groups to help him through this along with his family. He is still young and still can have a chance at life.

Sonia M. Davila

*Sonia M. Davila*

Monday, August 25, 2014

Ruby Davila Alvarez

~~[redacted]~~
~~[redacted]~~

To Whom It May Concern:

I am writing this letter on behalf of my step-son, Yubran Alvarez. I have been in Yubran's life since he was 10 years old. I was young myself. I was 23 when I met his father. I had no other children at the time and was a college student. Shortly after meeting them, I moved in and took responsibility of Yubran as if he was mine. He was a happy child overall, very smart, and loving. On the other hand, he was also a sad child at times because he didn't have his mother beside him. The first 2 years as a family were difficult because Yubran's mother, Maria Vazquez, interfered a lot by phone. She would call to speak to my husband, Walter, more than she would her son. She would always promise Yubran things and never come through, especially around the holidays and his birthday. Rarely, his mother would keep her word. It was sad watching him wait for the mail until his "package" would arrive only to never receive one.

The relationship between Yubran and I was pretty good in the beginning. The problems would only arise when he would ask to visit his mother and his father felt it was his right to see his mother. The main problem was his mother wouldn't send him back when expected to.  Upon his return, he would be very different. We quickly understood that being with his mom was a totally different way of living and rules as opposed to living with us. Yubran's mother is a very verbally aggressive person. I've witnessed several calls and messages where she is ranting and cursing because no one would answer her calls. She is good at attacking and yelling and trying to control everyone. I have met her on 3 different occasions, all of which were interesting. She is my complete opposite. Although, it was a big challenge helping raise Yubran,  I felt I could stick it out no matter how bad it could get. And of course it did.

Yubran was always a very sharp, smart child. He would learn things quickly and wasn't afraid of new things. He was a very vibrant and loving person. I did notice he was into girls very early and we had a few problems here and there, but nothing serious.  I also noticed he was sexually active early teen years as well. He would tell us how much freedom he had when with his mother and girls were allowed to be in the house and sleep over. Of course, he would confess these things years later, which was the problem. He also confessed that the first time we sent him to visit his mother that he didn't return because his mom threatened him, forced him to stay and lie to his dad about him wanting to stay. The way his mother works is she knew she could manipulate my husband through their son. The only reason he would let his son go is so his son could never throw it in his face that he never let him see his mother. He would come and go as he requested, which in the end, was a huge problem.

1

I was always home with Yubran. I know he is sensitive, even though he tries to put on the macho, tough guy act. He is capable to do anything in this life, but for some reason, he likes to take risks and never thinks about the consequences. Every problem that he faced, he would blame other people for it. All the problems we had with him while he lived with us were merely because he wanted to do what he wanted without rules. He knew exactly what to do to get his way with his dad, although it was transparent to me. Being the step mom has its disadvantages. I wasn't able to take the reins as needed. His father was the main disciplinarian. When I did try to call Yubran out on his mistakes, he would give me his back, walk away, and go to his room until his father would get home from work. It was hard but it was what it was. A few times, I was told the usual things like, "you're not my mom so stop trying to be like her, I have a mom…" After a few times, I decided to live up to it, so we literally detached from one another. I made him feel every breath of it. We lived in silence for nearly 2 years. I stopped "acting" like his mom, just as he told me. I had his father do everything for him at that point in our lives. It was so difficult but he needed to be taught respect and not to hurt my feeling because he could. I can honestly say, I never abused him in any way. He never was too disrespectful to me either. He just used to make me feel like I had no say. I could do everything good for him, but I wasn't allowed to tell him anything when he was wrong.

My point is, Yubran has been through a lot of things at an early age. He told us his mom let him smoke weed every day when he lived with her. Of course, he mentioned it years later like always. He mentioned he was abused by his oldest half-brother when his dad was away and when his mom and dad were still together. He told us his mom threatened to poison his food because she couldn't control him. He constantly got into physical altercations with his step dad, Stephan Korollocke. We found out all this little by little. He has been through a lot and is tends to keep it all in.

I don't excuse anything he has done. My husband and I love Yubran very much, especially his half-sister, Lorena, who is 7 now, but he deserves to be punished for what he had done. For once in life, he finally has accepted responsibility for his actions. He has no one to blame but himself. He did a great job of always pointing fingers and blaming everyone else for his mistakes, ALL of them. He would treat his dad really bad and make him feel like it's his fault. He had every opportunity to live well and clean. We did our best to show him why it's important to work hard and clean so he can rest in peace every night without wondering who can do him harm for doing the wrong things. But in the end, he chose the wrong path. He was given several chances to start over and live honest. He still chose the same path. He has 2 beautiful children who will lose the opportunity to be raised by their dad. It is really sad, but unexcusable.

My plea to you is to please give Yubran a chance to finish his education. He never finished High School. 9th grade was the last grade completed. If he can receive any counseling, it would be greatly appreciated. 35 years is a very long time, which will not be easy for us to bear, but it's the cards we've been dealt. I wish I can undo all that he has done, but unfortunately, it's not possible. I do apologize for his actions, as his mother. I can't imagine the damage he left behind with all individuals involved. We definitely never expected things to turn out this way. We suffer every day that goes by, but I'm so happy he is alive and well and able to communicate with him. He deserves the same love and support. I just

2

want Yubran to realize how short life is and that he can still have a good life although he is incarcerated. My biggest plea is to please, please send him to a facility where we can commute to visit him within a 6 hour drive of Jefferson, LA. Travelling is difficult on my husband. He has a back injury that is getting worse as the years go by. I beg you to please consider my plea.

Sincerely,

*Ruby A Alvarez*

Ruby Davila Alvarez

3