UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14063-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

        **Plaintiff**

v.

YUBRAN ALVAREZ VASQUEZ
and
MATTHEW EMANUEL VASQUEZ

        **Defendants.**
_____/

## NOTICE OF PARTIES' STIPULATIONS AND JOINT RECOMMENDATION AS TO RESTITUTION

The United States of America and the defendants, **YUBRAN ALVAREZ VASQUEZ and MATTHEW EMMANUEL VASQUEZ**, through counsel, hereby jointly recommend and stipulate to entry of an Order and Amended Judgment in this case reflecting that restitution in the amount of $4,260.83 be paid. The parties agree that:

1. On February 1, 2013, the defendants, Yubran Alvarez Vasquez and Matthew Emmanuel Vasquez, robbed at gunpoint the Chevron gas station located at 8090 Astronaut Boulevard, Cape Canaveral, Florida, and in the process stole cash and other valuable property belonging to Reginald Rodriguez and Raquel Rodriguez in the amount of $4,260.23.

2. At the time of the robbery Reginald Rodriguez and Raquel Rodriguez were the owners and operators of the Chevron gas station and are victims who were directly and proximately harmed as a result of the commission of an offense by the defendants for which restitution may be ordered.

1

3. The parties agree that the total amount of restitution is $4,260.23 and is payable to Reginald Rodriguez and Raquel Rodriguez by the defendants jointly and severally.

WHEREFORE, based on these stipulations, the parties respectfully request that this Court enter an Order of Restitution and Amended Judgment in this case reflecting the above terms and conditions of restitution.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By     s/Russell R. Killinger
RUSSELL R. KILLINGER
Assistant United States Attorney
101 S. US Hwy. 1, Ste. 3100
Fort Pierce, Florida 34950
TEL: 772-466-0899
FAX: 772-595-3606
Florida Bar # 312851
russell.killinger@usdoj.gov
Attorney for Plaintiff U.S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Russell R. Killinger
RUSSELL R. KILLINGER
Assistant United States Attorney
Attorney for Plaintiff U.S.A.

## SERVICE LIST

| | |
|---|---|
| **Russell R. Killinger**<br>Assistant U.S. Attorney<br>russell.killinger@usdoj.gov<br>101 South U.S. Hwy. 1, Ste. 3100<br>Ft. Pierce, FL 34950<br>Telephone: (772) 466-0899<br>Fax: (772) 466-1020<br>Attorney for the Government<br>Method of Service: CM/ECF | **Panayotta Augustin-Birch, Esq.**<br>Assistant Federal Public Defender<br>panayotta_augustin-birch@fd.org<br>109 North Second St.<br>Ft. Pierce, FL 34950<br>Telephone: 772-489-2123<br>Fax: 772-489-3997<br>Attorney for the Defendant<br>Method of Service: CM/ECF |
| Brian H. Mallonee<br>130 S. Indian River Drive<br>Suite 302<br>Fort Pierce, Florida 34950<br>772.464.1991<br>Attorney for Defendant Matthew Vasquez<br>Method of Service: CM/ECF | |